**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**JORDON BOWEN,**

**Plaintiff,**

**v.** **Case No. 3:26-cv-560-TKW-HTC**

**MARK THIEME,**

**Defendant**.
______________________________/

# ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 33) and Plaintiff's objections (Doc. 34). Upon de novo review of the issues raised in the objections, the Court agrees with the magistrate judge's determination that this case should be dismissed because Plaintiff failed to state a plausible claim for First Amendment retaliation and, even if he had, Defendant is entitled to qualified immunity.

Accordingly, it is ORDERED that:

1. The Report and Recommendation is adopted and incorporated by reference into this Order.

2. Defendant's amended motion to dismiss (Doc. 28) is GRANTED, and this case is DISMISSED with prejudice.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 9th day of November, 2026.

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**